| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESUS HERRERA-CAMACHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00281 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| JESUS HERRERA-CAMACHO, | ) | Date: May 7, 2012 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Judge: Honorable Sheila K. Oberto |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian L. Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jesus Herrera-Camacho, that the status conference hearing currently set for April 30, 2012 at 1:00 p.m., **may be rescheduled to May 7, 2012 at 1:00 p.m.**

This continuance is requested by counsel for the defendant to allow additional time for further investigation and plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: April 26, 2012  /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: April 26, 2012  */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Jesus Herrera-Camacho

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 26, 2012**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE